■ CUKER INDUSTRIES, INC., Respondent, v. WILLIAM L. CROW CONSTRUCTION CO. et al., Appellants, et al., Defendant.— Order, entered October 8, 1959, denying defendants-appellants' motion pursuant to rule 106 of the Rules of Civil Practice to dismiss the second cause of action in plaintiff's second amended

complaint, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., McNally, Stevens, Eager and Bastow, JJ.